

**MEMO ENDORSED**

# SANTAMARINA & ASSOCIATES
ATTORNEYS AT LAW
260 MADISON AVENUE, 17TH FL.
NEW YORK, NEW YORK 10016

GIL SANTAMARINA, Esq.

ALINA LEVINA, Esq.
KACY POPYER, Esq.
RACHEL L. ALBINDER, Esq.
MICHAEL A. BARNETT, Esq., OF COUNSEL

TARA BONILLA, OFFICE MANAGER & TRANSFER AGENT
ASHLEYMARIE VALERIO, PARALEGAL

TELEPHONE: 212-965-1678
FACSIMILE: 212-537-0012
EMAIL: info@santamarinalaw.com
WEBSITE: www.santamarinalaw.com

January 21, 2020

The Honorable Katherine Polk Failla, U.S.D.J.
United State District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007
Failla_NYSDChambers@nysd.uscourts.gov

> Re: Robert Onieal v. Christopher Onieal
> Civil Action No.: 1:19-CV-07789 (KPF)

Dear Judge Polk Failla:

This office represents the plaintiff Robert Onieal in the above referenced matter. This letter is written to request an adjournment *sine die* of the Pretrial Conference scheduled for January 22, 2020 (previously adjourned from November 22, 2019). A copy of the Order adjourning the conference from November to January 22, 2020 is attached hereto for the court's convenience.

Defendant is in default, not having appeared in this action. To that end, Plaintiff requested, and the clerk of this Court issued, a Certificate of Default granting Plaintiff leave to move for a default judgment against the Defendant. A copy of the Certificate of Default signed December 27, 2019 is also attached hereto for the court's convenience.

Since the Certificate Default was issued, Plaintiff and Defendant have been discussing settlement. If an agreement to settle is reached by the January 30 deadline imposed by Plaintiff, this case will be settled. However, in the event that no settlement is reached by that date, Plaintiff plans to move shortly thereafter for a default judgment. Thus, either way, the case will be settled or a motion for a default judgment will be filed in the upcoming weeks thereby rendering moot the conference scheduled for January 22 2020.

Given the forgoing, Plaintiff respectfully requests that the Court grant the instant application.

Very truly yours,

*Gil Santamarina*
Gil Santamarina

Application GRANTED.  The initial pretrial conference previously scheduled for January 22, 2020 is hereby ADJOURNED *sine die*.

Dated: January 21, 2020        SO ORDERED.
       New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE